IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| R & D FILM 1, LLC, | ) |
| | ) |
| | ) Case: No. 13-CV-280 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-15, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT
<u>DEFENDANT JENNIFEREADES, DOE #9</u>**

I, Keith A. Vogt, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The complaint was filed on 4/30/2013 and a Waiver of Service was executed by the Defendant as reflected on the docket sheet by ECF No. 15.

3. An answer to the complaint was due on 10/23/2013.

4. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

5. Plaintiff requests that the clerk of court enter default against the defendant.

DATED:  November 22, 2013                Respectfully submitted,

By:   <u>s/ Keith A. Vogt</u>
Keith A. Vogt, Partner
(Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(630) 974-5707
Attorney for Plaintiff