IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| R & D FILM 1, LLC, | ) |
| | ) |
| | ) Case: No. 13-CV-280 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-15, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Plaintiff, R & D FILM 1, LLC, requests that the clerk of court enter default against defendant Jennifer Eades, Doe #9, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that the defendant has failed to appear, plead or otherwise defend, the default of defendant Jennifer Eades is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 20th day of December, 2013.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court