IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| R&D FILM 1, LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-280 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-15, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**JENNIFER EADES, OWNER OF IP ADDRESS 97.86.43.65**

Plaintiff and Defendant are pleased to inform the Court that they have settled the matter. As a result, Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Jennifer Eades holder of the IP address 97.86.43.65.

DATED:  January 27, 2014         Respectfully submitted,

R&D FILM 1, LLC

By:     s/ Keith A. Vogt
        Keith A. Vogt (Bar No. 6207971)
        Takiguchi & Vogt, LLP
        1415 W. 22nd Street, Tower Floor
        Oak Brook, Illinois 60523
        (630) 974-5707
        Attorney for Plaintiff